IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MONTGOMERY COUNTY, MARYLAND, *et al*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Case No. 1:18-cv-3575-DLB |
| BANK OF AMERICA CORPORATION, *et al.*, | ) ) ) | |
| *Defendants*. | ) | |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Montgomery County and Prince George's County, Maryland hereby voluntarily dismiss the above captioned action in its entirety with prejudice. Defendants Bank of America Corp., Bank of America, N.A., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Bank, FSB, Countrywide Warehouse Lending, LLC, BAC Home Loans Servicing, LP, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Capital Inc., and Merrill Lynch Mortgage Lending, Inc., noting that the dismissal is not the result of any settlement, stipulate to this dismissal with prejudice. Plaintiffs and Defendants agree that each party will bear their own costs, expenses, and attorneys' fees.

Dated:  November 30, 2023

Respectfully submitted,

*Attorneys for the Plaintiffs*

*Attorneys for the Defendants*

/s/ *S. Jarret Raab*
Sanford P. Dumain
*sdumain@milberg.com*
S. Jarret Raab
*jraab@milberg.com*

/s/ *Matthew S. Sheldon*
Matthew S. Sheldon
*MSheldon@goodwinlaw.com*
Thomas M. Hefferon
*THefferon@goodwinlaw.com*

Roy Shimon
*rshimon@milberg.com*
**Milberg Coleman Bryson Phillips Grossman PLLC**
227 W. Monroe St., Suite 2100
Chicago, Illinois 60606
Tel.: (866) 252-0878

James M. Evangelista
*jim@ewlawllc.com*
**Evangelista, Worley, LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, Georgia 30350
Tel.: (404) 205-8400

Andrew D. Freeman (Fed. Bar No. 03867)
*adf@browngold.com*
**Brown Goldstein & Levy, LLP**
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel.: (410) 962-1030

Sabrina Rose Smith
*SRoseSmith@goodwinlaw.com*
Andrew Kim
*AKim@goodwinlaw.com*
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2023, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

<u>*/s/ S. Jarret Raab*</u>
*Attorney for Plaintiffs*